UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ILYA MANYK,

                        Plaintiff,

        -against-

WESTERN UNION COMPANY FINANCIAL CO.
and UKRANIAN FINANCIAL GROUP,

                       Defendants.

------------------------------------------------------------x

07 Civ. 6260 (GEL)

**ORDER**

GERARD E. LYNCH, District Judge:

      The complaint in this action was filed on July 6, 2007, but there is no record of defendants being served with the summons and complaint within 120 days of the filing of the complaint. Plaintiff is hereby directed to serve the complaint by December 5, 2007. If the complaint is not served upon the defendants by that time, the complaint will be dismissed for failure to prosecute pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

SO ORDERED.

Dated: New York, New York
       November 5, 2007

                                                    GERARD E. LYNCH
                                                    United States District Judge

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 11/6/07]