Index # 07 civ 6260
Purchased/Filed: July 6, 2007

# AFFIDAVIT OF SERVICE ON A CORPORATION BY THE SECRETARY OF STATE

State of New York             U. S. District Court             Southern Dist. County

Ilya Manyk                                                                    Plaintiff

against

Western Union Company, Western Union-Ukranian Financial Group       Defendant

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**  Approx. Age: 45 yrs
Weight: 155 Lbs  Height: 5'5  Sex: Female  Color of skin: White
Hair color: Blonde  Other: ___

_____Robin Brandow_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ___November 15, 2007___, at ___1:00pm___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed ___Summons and Complaint___ on ___Western Union Company a/k/a Western Union Financial Services, Inc.___, the Defendant in this action, by delivering to and leaving with ___Donna Christie___, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of ___40.00___ dollars; That said service was made pursuant to Section ___BUSINESS CORPORATION LAW §306___.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

15th day of November, 2007

*Faith Cozzy*
FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2011

*Robin Brandow*
Robin Brandow

**Invoice•Work Order # 0723255**