Translation from Ukrainian into English

(coat of arms)
**UKRAINE**

**AFFIDAVIT**

**I, citizen Andriyenko Vitaliy Georgiyovych, born on May 03, 1981**, identification number – 2970807516, passport KE 674651, issued by Kievskyy District Department of Ministry of Internal Affairs of Ukraine Administration in Odessa Region on July 18, 1997, registered and residing to the address: 144, Lustdorfska doroga Str, corp. 2, apt. 107, Odessa City, Ukraine, that got complete first degree education major in «Law» and got the qualification of lawyer, which is confirmed by the Diploma A # 071639 with distinction, issued on June 10, 2003 by I. I. Mechnikov Odessa National University (CK # 22915548), which is the employee of «OVVK Consulting group» legal firm Limited Liability Company,

bona fide declare in **United States District Court Southern District of New York,** that on December 03, 2007 at 09:15 a. m., I arrived at the address: 15 (fifteen) Prorizna Str, office of Western Union Company — Ukrainian financial group, Kiev, Ukraine, and handed to the defendant — Western Union Company — Ukrainian financial group copies of the documents, namely:

1. SUMMONS IN A CIVIL CASE ACTION case number 07 civ 6260 as of July 06, 2007, United States District Court Southern District of New York, Judge Lynch (at one sheet);
2. Affidavit of Merits Ilya Manyk as of February 15, 2007 (at four sheets);
3. Complaint United States District Court Southern District of New York as of June 20, 2007 (at 13 sheets).

I am aware that intentional statement of incorrect facts in a bona fide declaration would be deemed as an unlawful act and in separate cases as criminal offence.

Odessa City, the third of December two thousand seven.

Signature: _____(signature) **Andriyenko Vitaliy Georgiyovych**_____

December 03, 2007, Odessa City, Odessa Region, Ukraine.

I, private notary of Odessa City Notarial District, Zapolska Olga Vasylivna, certify the genuineness of signature of Andriyenko Vitaliy Georgiyovych, registered and residing to the address: 144, Lustdorfska doroga Str, corp. 2, apt. 107, Odessa City, Ukraine, that had personally appeared before me, known to me as the person mentioned in the present document, signed it in my presence, and had duly confirmed me the execution of the present document.

Registered in the register under the **# 7331.**
Payment collected under agreement.

**PRIVATE NOTARY**            (signature) (seal)           **/O. V. ZAPOLSKA/**

1, Pushkinska Str, Odessa City     Tel.: 34-70-08

(hologram) (hologram)

BKB # 316332

**MINISTRY OF JUSTICE OF UKRAINE**

Текст документу з української мови на англійську мову перекладений перекладачем Волковим Максимом Яковичем.

Волков Максим Якович            Місто Оде-



## УКРАЇНА — UKRAINE

### АФІДЕВІТ

Я, громадянин **Андрієнко Віталій Георгійович**, 03.05.1981 року народження, ідентифікаційний номер - 2970807516, паспорт КЕ 674651, виданий Київським РВ УМВС України в Одеській області 18.07.1997 року, який зареєстрований та мешкає за адресою: Україна, м. Одеса, Люстдорфська дорога, 144, корпус 2, квартира 107, який отримав повну вищу освіту за спеціальністю «Правознавство» та здобув кваліфікацію юриста, що підтверджується Дипломом А №071639 з відзнакою, виданим 10.06.2003 року Одеським національним університетом ім. І. І. Мечникова (СК №22915548), який є співробітником юридичної фірми Товариство з обмеженою відповідальністю «»Консалтингова група ОВВК»,

**чесно заявляю у United States District Court Southern District of New York**, що 03 грудня 2007 року о 09 годині 15 хвилин, я прибув за адресою: Україна, місто Київ, вулиця Прорізна, будинок 15 (п'ятнадцять), офіс компанії Вестерн Юніон - Українська фінансова група, де вручив відповідачеві - компанії Вестерн Юніон - Українська фінансова група копії документів, а саме:

1. SUMMONS IN A CIVIL ACTION case number 07 civ 6260 від 06.07.2007 року, United States District Court Southern District of New York Judge Lynch (на одному аркуші);
2. Affidavit of Merits Ilya Manyk 15.02.2007 року (на чотирьох аркушах);
3. Complaint United States District Court Southern District of New York, 20.06.2007 року (на 13 аркушах).

Мені відомо, що навмисне повідомлення неправильних фактів у чесній заяві буде розцінено, як протиправне діяння, а в окремих випадках, як кримінальний злочин.

Місто Одеса, третього грудня дві тисячі сьомого року.

Підпис _/Андрієнко Віталій Георгійович/_

03 грудня 2007 року, місто Одеса, Одеської області, Україна. Я, Запольська Ольга Василівна, приватний нотаріус Одеського міського нотаріального округу, засвідчую справжність підпису Андрієнка Віталія Георгійовича, який зареєстрований та мешкає за адресою: Україна, м. Одеса, Люстдорфська дорога, 144, корпус 2, квартира 107, який особисто з'явився до мене, відомий мені як особа, зазначена в цьому документі, підписав його у моїй присутності і належним чином підтвердив оформлення цього документа.

Зареєстровано у реєстрі за №7331.

Стягнуто плати за домовленістю.

ПРИВАТНИЙ НОТАРІУС _____ /О.В. ЗАПОЛЬСЬКА/

м. Одеса, вул. Пушкінська, 1. т. 34-70-08



Увага! Бланк містить багатоступеневий захист від підробки.

**МІНІСТЕРСТВО ЮСТИЦІЇ УКРАЇНИ**

---

- са,

Третього грудня дві тисячі сьомого року Я, Запольська О.В., приватний нотаріус Одеського міського нотаріального округу, засвідчую справжність підпису перекладача Волкова Максима Яковича.

Зареєстровано у реєстрі за № 7337

Стягнуто плати за домовленістю.

Приватний нотаріус _____ /Запольська О.В./



Прошито, пронумеровано, скріплено печаткою _____ аркушів.

Приватний нотаріус _____ /Запольська О.В./