UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
ILYA MANYK ,

                              Plaintiff(s)                          Index No. 07 CIV 6260

                                                                   Rule 7.1 Statement
            -against-

WESTERN UNION COMPANY FINANCIAL CO.
and UKRAINIAN FINANCIAL GROUP,

                              Defendant(s)
------------------------------------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for WESTERN UNION FINANCIAL SERVICES, INC. (a corporate non-governmental party) certifies that the following is the corporate parent, and owns 100% of the stock of WESTERN UNION FINANCIAL SERVICES, INC.:  WESTERN UNION COMPANY.

Date: December 28, 2007                    _____

                                           Patrick J. Fogarty (3307)