UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
Daniel Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

---------------------------------------------------------X
Ilya MANYK,

            Plaintiff,

  -against-

WESTERN UNION COMPANY FINANCIAL
CO. and UKRAINIAN FINANCIAL GROUP,

           Defendants
---------------------------------------------------------X

Docket No. 07-6260 (GEL)

**ILYA MANYK's RULE 26(a)(1) INITIAL DISCLOSURES**

Plaintiff, Ilya Manyk, by and through his undersigned attorney, makes the following initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1):

## I. Persons Likely To Have Discoverable Information That Ilya Manyk May Use To Support His Claims:

The below Rule 26(a)(1)(A) disclosures are based upon information presently known to Plaintiff, Mr. Ilya Manyk, and his attorney. As discovery in this matter is still ongoing, Plaintiff reserves the right to further supplement or amend the above disclosures pursuant to Fed. R. Civ. P. 26(e)(1).

| Name/Title | Contact Information | Subject of Information |
|---|---|---|
| R.R. Antoniv, Attending Physician | Ukraine Public Utility Service City Clinic Hospital No. 10'61 Malinovskogo St. Odessa, Ukraine | Treated Plaintiff from July 13, 2005 until July 27, 2005 for medical problems associated with injuries sustained in July of 2004. |
| Nataliya S. Boginskaya | 7 Geroev Pogranichnikov Street Apt. 65 Odessa City, Ukraine | Witnessed Plaintiff being forced from the premises. |

Manyk v. Western Union Financial Co., et. al.   1
Docket No.: 07-6260 (GEL)
Initial Disclosures

| Alena B. Chaikovskaya | 33 Dvoryanskaya Street<br>Apt. 21<br>Odessa City, Ukraine | Witnessed Plaintiff being forced from the premises. |
|---|---|---|
| Alexander A. Chehovskiy, Director | Ukrainian Financial Group<br>23 Armeiskaya Street<br>Odessa, Ukraine<br>Phone: +38 048 785 84 18 | Incident that occurred in July of 2004 when Plaintiff attempted to receive the funds from the money order. |
| O. V. Grazhdan, Chairman of the Board of Directors | SocCom Bank<br>7 Zankovetska Street<br>Odessa City, Ukraine | Relationship between Ukrainian Financial Group and Western Union. |
| Olga Illinskaya | 75, Second Block, Koroleva Street<br>Apt. 106<br>Odessa, Ukraine<br>Phone: +38 067 784 16 03 | Incident that occurred in July of 2004 when Plaintiff attempted to receive the funds from the money order. |
| Nataliya Kharitonchuk, Attending Physician | Odessa Regional Psychoneurological Dispensary Aftercare Patient facility<br>25-b Kanatna Street<br>Odessa City, Ukraine<br>220-896 | Provided medical treatment to Plaintiff from August 19, 2004 until September 1, 2004. |
| V.M. Khodos, Head of Department | Ukraine Public Utility Service City Clinic Hospital No. 10<br>61 Malinovskogo St.<br>Odessa, Ukraine | Treated Plaintiff from July 13, 2005 until July 27, 2005 for medical problems associated with injuries sustained in July of 2004. |
| Yuriy Sergeevich | Limited Liability Company "Odessa Distillery"<br>82 Kanatna Street<br>Apt. 9A<br>Odessa City, Ukraine | Business interest Plaintiff held and lost. |
| Yevgeniy A. Shahkov | 146/2 Lustdorfskaya Doroga<br>Apt. 168<br>Odessa City, Ukraine | Witnessed Plaintiff being forced from the premises. |
| Yu. S. Shelamov, Commerical Director | Limited Liability Company "Odessa Distillery"<br>82 Kanatna Street<br>Apt. 9A<br>Odessa City, Ukraine | Business interest Plaintiff held and lost. |
| Ilya Manyk | 77 Marshala Zhukova<br>Apt. 94<br>Odessa City, Ukraine | Plaintiff |
| Yu M. Topchiy, Deputy | Odessa City Primorsky District | Investigated Plaintiff's |

Manyk v. Western Union Financial Co., et. al.   2
Docket No.: 07-6260 (GEL)
Initial Disclosures

| | | |
|---|---|---|
| Head | Department of Internal Affairs<br>42 Gretska Street<br>Odessa City, Ukraine 65026 | claim of misconduct of agents of Western Union. |
| Kateryna A. Trikolenko | 77b Marshala Zhukova Avenue<br>Apt. 94<br>Odessa City, Ukraine<br>Phone: 47-86-08 | Business interest Plaintiff held and lost. |
| A. E. Volochshuk, Chief Physician | Odessa Regional Psychoneurological Dispensary Aftercare Patient facility<br>25-b Kanatna Street<br>Odessa City, Ukraine<br>220-896 | Medical treatment Plaintiff received. |
| V. I. Yanchukov, Deputy Head of the Administration | National Bank of Ukraine Adminstration in Odessa Regon<br>8 Rishelievska Street<br>Odessa City, Ukraine<br>(0482) 25-29-64 | Investigated Plaintiff's request as to why there was a problem with the money order transmission. |
| Elena Yashnik | Olzhevicha 29-14<br>Reiv 1<br>Odessa, Ukraine<br>Phone: +38 044-4444142 | Sent Plaintiff the Money Order which led to the incidents in the Complaint. |

**II. Documents in the Possession, Custody, or Control of Western Union That Plaintiff May Use To Support His Claims.**

Pursuant to Fed. R. Civ. P. 26(a)(1)(B), Plaintiff, Mr. Ilya Manyk, is reviewing his records to determine what documents are in his possession, custody, or control that are relevant to his claims in this matter. Plaintiff, Mr. Ilya Manyk, reserves the right to further supplement and/or amend this response as appropriate as investigation and discovery in this matter progress further. These disclosures do not include documents, data compilations, and tangible things in possession, custody, or control of Plaintiff, Mr. Ilya Manyk, that may be used for the purpose of impeachment or rebuttal.

| Description of Documents | Location |
|---|---|
| Photographs of the location where the incident occurred. | The Law Office of Alexander J. Segal, PC<br>111 Broadway, Suite 1306<br>New York, NY 10006 |
| Statement of Nataliya S. Boginskaya dated August 10, 2004 | The Law Office of Alexander J. Segal, PC<br>111 Broadway, Suite 1306<br>New York, NY 10006 |

| | |
|---|---|
| Statement of Alena B. Chaikovskaya dated August 10, 2004 | The Law Office of Alexander J. Segal, PC<br>111 Broadway, Suite 1306<br>New York, NY 10006 |
| Statement of Yevgeniy A. Shahkov dated August 10, 2004 | The Law Office of Alexander J. Segal, PC<br>111 Broadway, Suite 1306<br>New York, NY 10006 |
| Discharge Record from Ukraine Public Utility Service City Clinic Hospital No. 10 regarding treatment from July 13, 2005 to July 27, 2005 | The Law Office of Alexander J. Segal, PC<br>111 Broadway, Suite 1306<br>New York, NY 10006 |
| Medical Certificate issued by Odessa Regional Psychoneurological Dispensary Aftercare Patient Facility dated September 1, 2004 | The Law Office of Alexander J. Segal, PC<br>111 Broadway, Suite 1306<br>New York, NY 10006 |
| Customer Copy of Money Order Transaction dated July 22, 2004 | The Law Office of Alexander J. Segal, PC<br>111 Broadway, Suite 1306<br>New York, NY 10006 |
| Customer Copy of Money Order Record dated July 23, 2004 | The Law Office of Alexander J. Segal, PC<br>111 Broadway, Suite 1306<br>New York, NY 10006 |
| Letter from Odessa City Primorsky District Department of Internal Affairs regarding Plaintiff's application concerning misconduct dated September 19, 2005 | The Law Office of Alexander J. Segal, PC<br>111 Broadway, Suite 1306<br>New York, NY 10006 |
| Letter from Odessa City Primorsky District Department of Internal Affairs regarding Plaintiff's application concerning incident that took place on July 22, 2004 upon the premises of Western Union dated September 30, 2005 | The Law Office of Alexander J. Segal, PC<br>111 Broadway, Suite 1306<br>New York, NY 10006 |
| Letter from National bank of Ukraine Administration Odessa Region dated November 8, 2004 | The Law Office of Alexander J. Segal, PC<br>111 Broadway, Suite 1306<br>New York, NY 10006 |
| Application addressed to Odessa City Primorsky District Department of Internal Affairs dated July 27, 2004 | The Law Office of Alexander J. Segal, PC<br>111 Broadway, Suite 1306<br>New York, NY 10006 |
| Letter from SocCom Bank signed by O.V. Grazhdan, Chairman of the Board of Directors dated August 10, 2004 | The Law Office of Alexander J. Segal, PC<br>111 Broadway, Suite 1306<br>New York, NY 10006 |
| Letter from V. I. Yanchukov dated August 27, 2004 | The Law Office of Alexander J. Segal, PC<br>111 Broadway, Suite 1306<br>New York, NY 10006 |
| Letter from A.S. Chekhovsky, Head of Ukrainian Financial Group Banking Affiliate in Odessa City dated July 30, 2004 | The Law Office of Alexander J. Segal, PC<br>111 Broadway, Suite 1306<br>New York, NY 10006 |
| Letter from Ilya Manyk to Odessa Primorsky | The Law Office of Alexander J. Segal, PC |

| | |
|---|---|
| District Depart of Internal Affairs dated August 9, 2004 | 111 Broadway, Suite 1306<br>New York, NY 10006 |
| Letter from Limited Liability Company "Odessa Distillery" dated December 1, 2003 | The Law Office of Alexander J. Segal, PC<br>111 Broadway, Suite 1306<br>New York, NY 10006 |
| Letter from Limited Liability Company "Odessa Distillery" dated December 23, 2004 | The Law Office of Alexander J. Segal, PC<br>111 Broadway, Suite 1306<br>New York, NY 10006 |
| Letter from Ilya Manyk to Limited Liability Company "Odessa Distillery" dated September 1, 2004 | The Law Office of Alexander J. Segal, PC<br>111 Broadway, Suite 1306<br>New York, NY 10006 |
| Letter from Ilya Manyk to Limited Liability Company "Odessa Distillery" dated September 6, 2004 | The Law Office of Alexander J. Segal, PC<br>111 Broadway, Suite 1306<br>New York, NY 10006 |
| Letter from Ilya Manyk to Limited Liability Company "Odessa Distillery" dated September 7, 2004 | The Law Office of Alexander J. Segal, PC<br>111 Broadway, Suite 1306<br>New York, NY 10006 |
| Letter from Ilya Manyk to Limited Liability Company "Odessa Distillery" dated December 18, 2004 | The Law Office of Alexander J. Segal, PC<br>111 Broadway, Suite 1306<br>New York, NY 10006 |
| Letter from Limited Liability Company "Odessa Distillery" to Odessa Regional Psychoneurolgic Dispensary dated December 24, 2004 | The Law Office of Alexander J. Segal, PC<br>111 Broadway, Suite 1306<br>New York, NY 10006 |
| Notification from Pension Fund of Ukraine, Odessa City, Kievsky District Administration dated April 7, 2003 | The Law Office of Alexander J. Segal, PC<br>111 Broadway, Suite 1306<br>New York, NY 10006 |
| Certificate of Identification Number Assignment dated February 6, 2002 | The Law Office of Alexander J. Segal, PC<br>111 Broadway, Suite 1306<br>New York, NY 10006 |
| Judgment of the Court in the Name of Ukraine dated September 15, 2005 | The Law Office of Alexander J. Segal, PC<br>111 Broadway, Suite 1306<br>New York, NY 10006 |
| Petition on Joint Activity Agreement Dissolution and Recognition of Right of Ownership dated August 12, 2005 | The Law Office of Alexander J. Segal, PC<br>111 Broadway, Suite 1306<br>New York, NY 10006 |
| Statement of Defense With Regard to Agreement Dissolution and Recognition of the Right of Ownership dated September 13, 2005 | The Law Office of Alexander J. Segal, PC<br>111 Broadway, Suite 1306<br>New York, NY 10006 |
| Joint Activity Agreement No. 1K1 dated December 10, 2000 | The Law Office of Alexander J. Segal, PC<br>111 Broadway, Suite 1306<br>New York, NY 10006 |
| Property Delivery-Acceptance Certificate Drawn Up By Party 1 and Party 2 Under Clause 6.1 of the Agreement No. 1K1 dated | The Law Office of Alexander J. Segal, PC<br>111 Broadway, Suite 1306<br>New York, NY 10006 |

| | |
|---|---|
| December 12, 2000 | |
| Property Delivery-Acceptance Certificate Drawn Up By Party 1 and Party 2 Under Clause 6.2 of the Agreement No. 1K1 dated December 7, 2001 | The Law Office of Alexander J. Segal, PC<br>111 Broadway, Suite 1306<br>New York, NY 10006 |
| Property and Assets Balance of the Parties to the Agreement No. 1K1 As Of December 7, 2001 | The Law Office of Alexander J. Segal, PC<br>111 Broadway, Suite 1306<br>New York, NY 10006 |
| Property and Assets Balance of the Parties to the Agreement No. 1K1 As Of December 7, 2002 | The Law Office of Alexander J. Segal, PC<br>111 Broadway, Suite 1306<br>New York, NY 10006 |
| Property and Assets Balance of the Parties to the Agreement No. 1K1 As Of December 22, 2004 | The Law Office of Alexander J. Segal, PC<br>111 Broadway, Suite 1306<br>New York, NY 10006 |
| Property and Assets Balance of the Parties to the Agreement No. 1K1 As Of June 10, 2005 | The Law Office of Alexander J. Segal, PC<br>111 Broadway, Suite 1306<br>New York, NY 10006 |
| Total Balance of Property Owned By the Parties to the Agreement No. 1K1 as of June 10, 2005 | The Law Office of Alexander J. Segal, PC<br>111 Broadway, Suite 1306<br>New York, NY 10006 |
| Email correspondence from Elena regarding the money order | The Law Office of Alexander J. Segal, PC<br>111 Broadway, Suite 1306<br>New York, NY 10006 |
| Medical Certificate issued by the Self Supporting Consultative Polyclinic dated November 4, 2005 | The Law Office of Alexander J. Segal, PC<br>111 Broadway, Suite 1306<br>New York, NY 10006 |

**III. A Computation of Any Category of Damages Claimed by Plaintiff, Ilya Manyk, Including Materials Bearing on the Nature and Extent of Injuries Suffered:**

Plaintiff, Mr. Ilya Manyk, reserves the right to further supplement and/or amend this response as appropriate as investigation and discovery in this matter progress further. Plaintiff seeks recovery for the damages as follows:

   a. Ten thousand dollars ($10,000) for the medical expenses incurred by Plaintiffs as a direct result of Defendants' actions;

   b. Thirty million dollars ($30,000,000.00) for indemnification of damages sustained by Plaintiff as the result of his loss of ability to perform under Agreement No. 1.K.1, which he could not perform as a

direct consequence of the physical injuries he sustained as a direct result of Defendants' actions;

c. Twenty million dollars ($20,000,000.00) for indemnification of damages sustained by Plaintiff as the result of his loss of ability to perform pursuant to the terms of the Contract entered into by Plaintiff and Odessa Distillery;

d. Reasonable damages for pain and suffering as this Honorable Court sees fit to grant;

e. Punitive damages as this Honorable Court sees fit to grant; and

f. Reimbursement of all costs, including attorney's fees, of this cause of action.

Dated: April 23, 2008

Respectfully submitted,

Alexander J. Segal, Esq. (1892)
The Law Offices of Grinberg & Segal, P.L.L.C.
111 Broadway, Suite 1306
New York, NY 10006
(212) 202-0342
Attorney for Plaintiff