FOGARTY, FELICIONE & DUFFY, P.C.

ATTORNEYS AT LAW

185 WILLIS AVENUE, SUITE 2

MINEOLA, NEW YORK 11501-2674

(516) 747-7500

FAX (516) 747-7543

PATRICK J. FOGARTY
PAUL FELICIONE
GARRETT DUFFY

TAX ID# 11-2588864
E-MAIL: fogartylaw@verizon.net
www.fogartylaw.net

April 11, 2008

ATTN: Alexander J. Segal
The Law Offices of Grinberg & Segal, P.L.L.C.
111 Broadway - Suite 1306
New York, NY 10006

**RE:  Ilya Manyk v. Western Union Company Financial Co.**

Dear Mr. Segal:

On December 28, 2007, we served upon your office our first set of interrogatories. We have yet to receive a response to those interrogatories.

Additionally, pursuant to our agreement, first responses and automatic disclosure were due by April 4, 2008. We have yet to receive those discovery responses from you as well.

Therefore, we are writing this letter in good faith to resolve the outstanding discovery issue without the necessity of court intervention.

Very truly yours,

FOGARTY, FELICIONE & DUFFY, P.C.

Garrett Duffy

GD:dl

## FOGARTY, FELICIONE & DUFFY, P.C.

### ATTORNEYS AT LAW

185 WILLIS AVENUE, SUITE 2

MINEOLA, NEW YORK 11501-2674

(516) 747-7500

PATRICK J. FOGARTY

PAUL FELICIONE

GARRETT DUFFY

FAX (516) 747-7543

TAX ID# 11-2588864

E-MAIL: fogartylaw@verizon.net

www.fogartylaw.net

April 22, 2008

VIA Fax @212-964-0440
ATTN: Alexander J. Segal
The Law Offices of Grinberg & Segal, P.L.L.C.
111 Broadway - Suite 1306
New York, NY 10006

**RE: Ilya Manyk v. Western Union Company Financial Co.**

Dear Mr. Segal:

As requested, I am faxing to you another copy of our initial disclosures as well as a copy of the subject contract dated December 13, 1996. As stated in our telephone conversation of April 21, 2008, you will respond to our interrogatories as well as automatic disclosure by the end of the week, April 25, 2008.

Very truly yours,

FOGARTY, FELICIONE & DUFFY, P.C.

Garrett Duffy