**FOGARTY, FELICIONE & DUFFY, P.C.**
ATTORNEYS AT LAW
185 WILLIS AVENUE, SUITE 2
MINEOLA, NEW YORK 11501-2674

(516) 747-7500
FAX (516) 747-7543

PATRICK J. FOGARTY
PAUL FELICIONE
GARRETT DUFFY

TAX ID# 11-2588864
E-MAIL: fogartylaw@verizon.net
www.fogartylaw.net

April 29, 2008

VIA Fax @212-964-0440
Attn: Alexander J. Segal
Law Offices of Grinberg & Segal, P.L.L.C.
111 Broadway - Suite 1306
New York, NY 10006

**RE: Manyk v. Western Union**

Dear Mr. Segal:

On December 28, 2007, we served you with our interrogatories. Therefore, a response was due on or before January 28, 2008. Thereafter, it was Court ordered that you respond by April 2, 2008. You thereafter requested an extension of time to April 25, 2008 which we granted as a courtesy.

However, in view of the fact that depositions are now scheduled for June 3, 2008, we cannot consent to any further extensions. We must have a response to our interrogatories, a response to our combined demands as well as copies of all documents referred to in your automatic disclosures in hand by May 7, 2008 or we will have no choice but to seek Court intervention in this regard.

If you wish to discuss these matters further, feel free to give me a call.

Very truly yours,

FOGARTY, FELICIONE & DUFFY, P.C.

Garrett Duffy

GD:dl