## FOGARTY, FELICIONE & DUFFY, P.C.
ATTORNEYS AT LAW
185 WILLIS AVENUE, SUITE 2
MINEOLA, NEW YORK 11501-2674

(516) 747-7500
FAX (516) 747-7543

PATRICK J. FOGARTY
PAUL FELICIONE
GARRETT DUFFY

TAX ID# 11-2588864
E-MAIL: fogartylaw@verizon.net
www.fogartylaw.net

May 13, 2008

VIA Fax @212-964-0440
Attn: Alexander J. Segal
Law Offices of Grinberg & Segal, P.L.L.C.
111 Broadway - Suite 1306
New York, NY 10006

**RE: Manyk v. Western Union**

Dear Mr. Segal:

In response to your letter of May 7, 2008 defendant will agree to yet another extension of time for you to respond to our interrogatories up to May 28, 2008 on the following conditions:

1.) That you also respond to our outstanding discovery demands (another copy of interrogatories and demands enclosed herewith);

2.) Plaintiff's deposition is also adjourned to either June 20th, 23rd or 25th or July 2nd;

3.) The deadline for submission of dispositive motions be moved to the middle of August as set forth in your letter of May 7, 2008.

Also, defendant has no objection to plaintiff's request that the deadline for the joinder of parties also be extended.

Please prepare a proposed revised scheduling order as required by the rules of Judge Lynch.

FOGARTY, FELICIONE & DUFFY, P.C.

Attn: Alexander J. Segal
May 13, 2008
Page Two

    I called your office to discuss these matters, however I was advised that you would not be available until Thursday, May 15, 2008. Feel free to give me a call at any time to discuss these matters.

                Very truly yours,

                FOGARTY, FELICIONE & DUFFY, P.C.

                Garrett Duffy

GD:dl