UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
Daniel Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

----------------------------------------------------------X
Ilya MANYK,

                                                                           Index No.: 07 CIV 6260

          Plaintiff,

          -against-
WESTERN UNION FINANCIAL SERVICES,
INC., UKRAINIAN FINANCIALGROUP,
and JOHN DOE CORPORATION

          Defendants
----------------------------------------------------------X

**NOTICE OF MOTION TO COMPEL DEFENDANT'S RESPONSE TO PLAINTIFF'S DEMAND FOR DISCOVERY AND INSPECTION**

PLEASE TAKE NOTICE that upon the annexed **ATTORNEY'S AFFIRMATION IN SUPPORT OF A MOTION TO COMPEL DEFENDANT'S RESPONSE TO PLAINTIFF'S DEMAND FOR DISCOVERY AND INSPECTION** sworn to on September 5, 2008, and the exhibits annexed thereto, and upon all the prior pleadings and proceedings herein, Plaintiff, Mr. Ilya Manyk, will move the United States Courthouse at 500 Pearl Street, New York, NY 10007, Courtroom 6B, on Wednesday, September 23, 2008, at 9:30A.M. or as soon thereafter as counsel may be heard for a MOTION TO COMPEL DEFENDANT'S RESPONSE TO PLAINTIFF'S DEMAND FOR DISCOVERY AND INSPECTION and such other and further relief as this Court deems just and proper.

Dated: September 5, 2008
         New York, NY

                                              Respectfully submitted,

                                              Alexander J. Segal, Esq. (1892)
                                              The Law Offices of Grinberg & Segal, P.L.L.C.
                                              111 Broadway, Suite 1306
                                              New York, NY 10006
                                              (212) 202-0342
                                              Attorney for Plaintiff